AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Beverly K. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security | ) |
| Administration | ) |
| *Defendant* | ) |

Civil Action No.   4:20-cv-3780-RBH

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along

with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: The Commissioner's decision is hereby affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable R. Bryan Harwell, Chief United States District Judge, who adopted the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:      October 7 , 2021

ROBIN L. BLUME
*CLERK OF COURT*


s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*